IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-21178
Conference Calendar

_____

MARIA GRACIELA RAMIREZ,

Plaintiff-Appellant,

versus

THE STATE OF TEXAS,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-99-CV-4060
--------------------

April 11, 2000

Before WIENER, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

Maria Graciela Ramirez appeals the district court's order dismissing her civil action. Because Ramirez does not address the district court's reasons for dismissing her civil action, namely that her suit against the State of Texas is barred by the Eleventh Amendment and that she cannot challenge a state court judgment in federal court, she has abandoned the only issues before this court. See Brinkmann v. Dallas County Deputy Sheriff Abner, 813 F.2d 744, 748 (5th Cir. 1987). Ramirez's appeal is

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

without arguable merit and is thus frivolous.  See Howard v.

King, 707 F.2d 215, 219-20 (5th Cir. 1983).  Because the appeal is frivolous, it is DISMISSED.  5TH CIR. R. 42.2.

Ramirez was previously sanctioned in Ramirez v. State of Texas, No. 97-20626 (5th Cir. Feb. 26, 1998) for filing a frivolous appeal.  Ramirez has nevertheless filed another frivolous appeal.  Accordingly, Ramirez is BARRED from filing any *pro se* civil appeal in this court without the prior written approval of a judge of this court in active service.  She is also BARRED from filing any *pro se* initial civil pleading in any court which is subject to this court's jurisdiction, without the advance written permission of a judge of the forum court or of this court.  The clerk of this court and the clerks of all district courts subject to the jurisdiction of this court are directed to return to Ramirez, unfiled, any attempted submission inconsistent with this bar.

APPEAL DISMISSED; SANCTIONS IMPOSED.